**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01470-CV

### SAM GRIFFIN FAMILY INVESTMENTS-I, INC, D/B/A BUMPER TO BUMBER CAR WASH, Appellant

### V.

### DALLAS CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-10450-H**

## ORDER

Before the Court is appellant's April 25, 2013 motion for an extension of time to file its brief. Appellant informs the Court that it cannot prepare its brief until the trial court files its findings of fact and conclusions of law. Appellant timely filed its request for findings of fact and conclusions of law. Accordingly, we **GRANT** appellant's motion to the extent that, we **ABATE** this appeal and **ORDER** the Honorable Jim Jordan, Judge of the 160th Judicial District Court of Dallas County, Texas, to file findings of fact and conclusions of law **within twenty days of the date of this order**.

We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **within thirty days of the date of this order**, a supplemental clerk's record containing the trial court's findings of

fact and conclusions of law.  Appellant shall file its brief thirty days after the supplemental clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Jim Jordan, Gary Fitzsimmons, and all counsel of record.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE